UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD M. SAUVE,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF SNOQUALMIE,<br><br>             Defendant. | CASE NO. C24-1809JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On May 11, 2025, *pro se* Plaintiff Chad M. Sauve filed a motion for leave to file a second amended complaint. (Amend. Mot. (Dkt. # 20).)[1] When moving for leave to amend a pleading, a plaintiff must comply with the procedures provided for in Local Civil Rule 15(a). *See* Local Rules W.D. Wash. LCR 15(a).

---

[1] Mr. Sauve's proposed second amended complaint is attached to his motion as Exhibit A.

MINUTE ORDER - 1

1 | Accordingly, Mr. Sauve is ORDERED to file a redlined version of his proposed second amended complaint that indicates "how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added" by no later than **May 15, 2025**. *Id.*

Filed and entered this 12th day of May, 2025.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk

MINUTE ORDER - 2