UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAD M. SAUVE,

               Plaintiff,

     v.

CITY OF SNOQUALMIE, et al.,

               Defendants.

CASE NO. C24-1809JLR

ORDER

Before the court is a motion to withdraw as attorneys of record for Defendant City of Snoqualmie (the "City") filed by Benjamin J. Stone and Kimberly A. Holdiman on behalf of themselves and the law firm Lewis Bisgaard & Smith, LLP.  (Mot. (Dkt. # 57); *see also* Stone Decl. (Dkt. # 58).)  Local Civil Rule 83.2(b)(3) provides that

> Where a party is represented by multiple attorneys from the same or different firms and one or more attorneys wish to withdraw but will not leave the client without representation, leave of the court to withdraw is not required.  The remaining or withdrawing attorney(s) shall file a Notice of Withdrawal,

ORDER - 1

which shall include a statement that the client remains represented and identifies the withdrawing and remaining attorneys.[1]

Local Rules W.D. Wash. LCR 83.2(b)(3).  Mr. Stone filed a declaration stating that the City obtained new counsel who has filed a Notice of Appearance.  (Stone Decl. ¶ 4; *see also* 5/6/26 NOA (Dkt. # 56).)  Accordingly, the court GRANTS the motion for Mr. Stone, Ms. Holdiman, and the law firm Lewis Bisgaard & Smith, LLP, to withdraw as attorneys of record.

Dated this 21st day of May, 2026.

JAMES L. ROBART
United States District Judge

---

[1] Mr. Stone and Ms. Holdiman cite to LCR 83.2(d)(3), a rule that does not exist.  (Mot.) The court therefore construes the filing as a motion under LCR 83.2(b)(3), the applicable rule for this request.

ORDER - 2